**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE LOPEZ MENA                                       :

                        Plaintiff,                :

           -against-                               :                    ORDER

JOSE DANIEL SANTIAGO TORRES and SALSON    :
LOGISTICS, INC.,                                      :                    26 Civ. 563 (GBD)

                  Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, (*see*

ECF No. 15,) the Clerk of the Court is hereby ORDERED to close the above-captioned action,

without prejudice to restoring the action to this Court's calendar if an application to restore is made

within thirty (30) days of this Order.

    All deadlines and conferences previously scheduled are adjourned *sine die*.

Dated: March 25, 2026
      New York, New York

                           SO ORDERED.

                           GEORGE B. DANIELS
                           United States District Judge